UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE FONSECA and REYES ANDON on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>DIRCKSEN & TALLEYRAND INC. d/b/a RIVER CAFE and MICHAEL "BUZZY" O'KEEFE,<br><br>Defendants. | Index No. 13-CV-5124 (AT)<br><br>**DECLARATION OF CRAIG R. BENSON** |

CRAIG R. BENSON, an attorney admitted to practice before this Court, hereby declares as follows under penalties of perjury:

1. I am a shareholder with the firm Littler Mendelson, P.C., attorneys for Defendants Dircksen & Talleyrand Inc. d/b/a The River Café and Michael O'Keeffe ("Defendants").

2. I submit this Declaration to place before the Court certain documents in support of Defendants' Opposition to Plaintiffs' Motion for Conditional Collective Certification Pursuant to 29 U.S.C. § 216(b) ("Plaintiffs' Motion").

3. Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Richard Dean.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Scott Stamford.

Dated: New York, New York
       January 6, 2013

                                      Respectfully Submitted,

                                      **LITTLER MENDELSON, P.C.**

                                      By: _____
                                      Craig R. Benson
                                      900 Third Avenue, 8th Floor
                                      New York, New York 10022
                                      Telephone: (212) 583-9600

                                      *Attorneys for Defendants*