JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Douglas Weiner
Matthew Kadushin
Denise Schulman

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
Phone 212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

Of Counsel:
Diane Hester
Michael DiChiara*
*Also admitted in NJ & MA



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/14

April 24, 2014

**VIA ECF**

Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *Fonseca, et al v. Dircksen & Talleyrand, et al,*
Case No.: 13 civ 05124

Dear Judge Torres,

We represent Plaintiffs in the above-referenced matter. We write to request an adjournment to the conference scheduled to take place before Your Honor on May 21, 2014. No previous requests for an adjournment have been made and Defendants consent to this request.

I phoned chambers earlier today and the Court's clerk indicated that the Court is available to re-schedule the conference for Tuesday May 27, 2014 at 4:30 p.m. I have conferred with defense counsel and this date and time are amenable to all the parties.

Thank you for your consideration of this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

_s/Josef Nussbaum/_

Josef Nussbaum

CC:   Craig R. Benson, Esq. (via ECF)
Sarah E. Moss, Esq. (via ECF)

GRANTED. The case management conference is rescheduled to May 27, 2014, at 4:30 p.m.

SO ORDERED.

Dated: May 19, 2014
New York, NY

_____
ANALISA TORRES
United States District Judge