UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE FONSECA and REYES ANDON on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>DIRCKSEN & TALLEYRAND INC. d/b/a RIVER CAFE and MICHAEL "BUZZY" O'KEEFE,<br><br>Defendants. | Index No. 13-CV-5124 (AT)<br><br>**DECLARATION OF<br>CRAIG R. BENSON IN OPPOSITION<br>TO PLAINTIFFS' MOTION FOR<br>CLASS CERTIFICATION** |

CRAIG R. BENSON, an attorney admitted to practice before this Court, hereby declares as follows under penalties of perjury:

1. I am a shareholder with the firm Littler Mendelson, P.C., attorneys for Defendants Dircksen & Talleyrand Inc. d/b/a The River Café and Michael O'Keeffe ("Defendants").

2. I submit this Declaration to place before the Court certain documents in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification under Rule 23 of the Federal Rules of Civil Procedure ("Plaintiffs'' Motion").

3. Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Richard Dean.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Scott Stamford.

5. Attached hereto as **Exhibit C** is a true and correct copy of documents bates numbered D000526-D000569 which are produced copies of W-2 forms for Reyes Andon, Jorge Fonseca, Laurencio Cordova, Mark Ferruccio, Stephane Filippi, Galil Gertner, Mark James, Jordan Kanev, Roger Lopez, Marvin Navarro, Ulises Ramirez, Geoffrey Schuppert and Frailyn Tejada.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the transcript of the deposition of Brendan McGinn.

7. Attached hereto as **Exhibit E** is a true and correct copy of the New York Department of Labor Opinion Letter, dated February 13, 2009.

8. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the transcript of the deposition of Reyes Andon.

9. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the transcript of the deposition of Geoff Schuppert.

10. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the transcript of the deposition of Laurencio Cordova.

Dated:  New York, New York
        October 31, 2014

Respectfully Submitted,

**LITTLER MENDELSON, P.C.**

By:

/s/ *Craig R. Benson*_____
Craig R. Benson
900 Third Avenue, 8th Floor
New York, New York 10022
Telephone:  (212) 583-9600

*Attorneys for Defendants*