UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE FONSECA and REYES ANDON, on behalf of themselves and others similarly situated,

                        Plaintiffs,

-against-

DIRCKSEN & TALLEYRAND INC. d/b/a RIVER CAFÉ and MICHAEL "BUZZY" O'KEEFE,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/15

13 Civ. 5124 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    Having reviewed Plaintiffs' letters dated November 3 and December 21, 2015, it is ORDERED that:

1. Plaintiffs' request for a pre-motion conference is DENIED;

2. By **January 6, 2016,** Plaintiffs shall submit their motion to amend the complaint;

3. By **January 13, 2016,** Defendants shall file any opposition;

4. The parties shall appear for a case management conference on **February 18, 2016,** at **4:30 p.m.**

The Clerk of Court is directed to terminate the motion at ECF No. 102.

SO ORDERED.

Dated: December 23, 2015
        New York, New York

                                           ANALISA TORRES
                                           United States District Judge