UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE FONSECA and REYES ANDON, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

DIRCKSEN & TALLEYRAND INC. d/b/a RIVER CAFÉ and MICHAEL "BUZZY" O'KEEFE,

    Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/16

13 CV 5124 (AT)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

1. Pursuant to Fed. R. Civ. P. 15(a)(2), Defendants hereby give their written consent to the Plaintiffs to file, on or before March 19, 2016, an Amended Complaint in the above-captioned matter which shall include additional claims under N.Y. Lab. Law § 195(1) and (3).

2. Plaintiffs agree that the filing of the Amended Complaint will not trigger Fed. R. Civ. P. 15(c) and that N.Y. Lab. Law § 195(1) and (3) claims of any future Rule 23 class members will only relate back to the date of the filing of the Amended Complaint.

3. Defendants' Counsel agrees to accept service of the Amended Complaint as of the date that the Amended Complaint if filed on ECF.

4. Plaintiffs will file the N.Y. Lab. Law §§ 195(1) and (3) claims on behalf of the Fed. R. Civ. P. 23 class that has already been certified by the Court. However, unless otherwise stipulated by the Parties, Plaintiffs will be required to move the Court to certify the class pursuant to Fed. R. Civ. P. 23 after the filing of the Amended Complaint.

5. Defendants reserve their rights to oppose any motion for Fed. R. Civ. P. 23 class certification and to move for summary judgment on Plaintiffs' N.Y. Lab. Law § 195(1) and (3) claims.

6. Defendants shall produce (1) any and all wage notices for each and every Fed. R. Civ. P. 23 class members, and (2) any and all documents that Defendants intend to rely on as an affirmative defense to Plaintiffs anticipated allegation that Defendants violated N.Y. Lab. Law §§ 195(1) and (3).

Dated: ~~December~~ January 5, 2015

By: /s/ _____

D. Maimon Kirschenbaum
Josef Nussbaum
Joseph & Kirschenbaum LLP
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

*Attorneys for Plaintiffs*

Dated: December 22, 2015

By: /s/ _____

Craig R. Benson
Christine L. Hogan
Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022
(212) 583-2682

*Attorneys for Defendants*

SO ORDERED.

Dated: January 6, 2016
       New York, New York

_____
ANALISA TORRES
United States District Judge

2