

Littler Mendelson, PC
900 Third Avenue
New York, NY  10022.3298

Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

February 4, 2016

**VIA ECF**

Magistrate Judge Sarah Netburn
Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

Re:   *Fonseca et al v. Dircksen & Talleyrand Inc. et al.*
      Case 1:13-cv-05124-AT-SN

Dear Judge Netburn:

     We represent Defendants in the above referenced matter.  We write in response to Plaintiffs' letter dated February 3, 2016 (ECF No. 108) regarding a request for a court order requiring Defendants to respond to Plaintiffs' document requests.

     Plaintiffs' letter is misleading.  Plaintiffs granted Defendants an extension until February 1st to serve discovery responses.  Due to events outside of our control, we could not obtain information necessary to the complete the responses by that date.  Accordingly, we informed Plaintiffs' counsel and requested additional time.  Instead of continuing to meet and confer, Plaintiffs improperly filed the aforementioned letter with the Court.  As of today, Defendants have served their responses and objections to Plaintiffs' document requests.  Court involvement is no longer necessary.

     Thank you.

Respectfully submitted,

LITTLER MENDELSON, P.C.

Christine L. Hogan

cc:   Counsel of Record

littler.com