```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE FONSECA and REYES ANDON, on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

DIRCKSEN & TALLEYRAND INC. d/b/a RIVER CAFÉ and MICHAEL "BUZZY" O'KEEFE,

        Defendants.

13 CV 5124 (AT)(SN)

    IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel, that:

    1.    Plaintiffs' claims brought under N. Y. Lab. Law § 195(1) are hereby withdrawn, without prejudice.

    2.    The Fed. R. Civ. P. Rule 23 Class as defined and certified by the Court on September 28, 2015 shall also be certified into two subclasses for the purposes of the N. Y. Lab. Law § 195(3) allegations set forth in Plaintiffs' Amended Complaint, subject to the following:

        a.    The first N. Y. Lab. Law § 195(3) subclass shall consist of all Class Members who received a paycheck from ADP from the beginning of the limitations period to December 31, 2011.

        b.    The second N. Y. Lab. Law § 195(3) subclass shall consist of all Class Members who received a paycheck from Paychex from January 1, 2012 up to the date upon which the following language (or substantially similar language with potentially different pay amounts) appeared on the paycheck under the "Messages" heading: "Hospitality ind: food serv wrkrs-tip cred up to $1.50hr (othr serv wrkrs up to 3.10) taken toward $9.00hr min wage. If cash wage+ tips< 9.00hr, tip makeup added to= 9.00hr" ("Tip Credit Message").

3.   The precise date that River Café began including the Tip Credit Message shall be determined though discovery.

4.   Defendants agree not to dispute Plaintiffs' assertions that Class Members' N. Y. Lab. Law § 195(3) claims meet all the requirements of Fed. R. Civ. P. Rules 23(a) and 23(b)(3).

5.   Plaintiffs do not seek damages under N. Y. Lab. Law § 195(3), on behalf of themselves and the class, for the time period during which Defendants included the Tip Credit Message.

6.   Unless otherwise agreed to in writing by the Parties, by April 15, 2016, Defendants shall produce a Fed. R. Civ. P. 30(b)(6) witness to testify with respect to all aspects of the wage statements and paystubs issued to Class Members.

Dated: March 17, 2016

By: _____
Josef Nussbaum
Joseph & Kirschenbaum LLP
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

*Attorneys for Plaintiffs*

Dated: March 17, 2016

By: _____
Craig R. Benson, Esq.
Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022
(212) 583-2682

*Attorneys for Defendants*

SO ORDERED.

Dated: March 21, 2016
New York, New York

_____
ANALISA TORRES
United States District Judge