# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

December 12, 2016

<u>**VIA ECF**</u>

Hon. Ronnie Abrams
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *Fonseca, et al v. Dirksen & Talleyrand Inc., et al,*
                **13 Civ. 5124 (RA)(SN)**

Dear Judge Abrams:

      We represent Plaintiffs and the Fed. R. Civ. P. Rule 23 Class in the above-referenced matter. Pursuant to Rule 4.G. of Your Honor's Individual Rules & Practices in Civil Cases, we write to respectfully request oral argument on Plaintiffs' Motion for Partial Summary Judgment (ECF No. 134).

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      <u>*s/ Josef Nussbaum*</u>
      Josef Nussbaum