UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/20/2017

---

JORGE FONSECA and REYES ANDON, on behalf of themselves and other similarly situated,

                Plaintiffs,

v.

DIRCKSEN & TALLEYRAND INC. d/b/a RIVER CAFE and MICHAEL "BUZZY" O'KEEFE,

                Defendants.

No. 13-CV-5124 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    For the reasons stated today on the record, it is hereby ORDERED that both Plaintiffs' and Defendants' cross-motions for partial summary judgment are denied, except that Defendants are granted summary judgment on their claim that the paystub used from July 1, 2015 onwards complied with NYLL Section 195(3), as Plaintiffs explicitly concede that they do not challenge the sufficiency of the paystub used during that period. *See* Pls' Opp. at 4, Dkt. 146; Defs' 56.1 Statement ¶ 10, Dkt. 140.

    It is FURTHER ORDERED that:

- Trial in this matter is scheduled to begin on July 31, 2011.

- The Final Pretrial Conference is scheduled for July 28, 2017 at 11 A.M.

- Final Pretrial submissions are due June 30, 2017 and responses are due July 7, 2017.

The Clerk of the Court is respectfully requested to close the motions pending at Docket Numbers 134 and 138.

SO ORDERED.

Dated:   March 20, 2017
         New York, New York

_____
Ronnie Abrams
United States District Judge